**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| ARTHUR E. & LILA J. RICKARD, | ) BK 16-31221 |
| | ) |
| Debtor. | ) |

## OBJECTION TO EXEMPTIONS

Comes now Donald M. Samson, trustee, and files this objection to exemptions claimed by debtor on Amended Schedule C of her Schedule of Assets - Property Claimed as Exempt, and objects to the following claimed exemption:

Deferred Compensation-no cash value – 100% of fair market value up to statutory limit –
Mo. Rev. Stat. §513.430.0(10)(f)

Trustee objects for the reason that he has not been provided documents on deferred compensation plan but from the description it is not a qualified retirement plan.

DATE: 10/31/16

        /s/ Donald M. Samson_____
        DONALD M. SAMSON, Trustee
        226 W. Main St., Ste. 102
        Belleville, IL  62220
        618-235-2226

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on the 31st day of October, 2016, a copy of the foregoing document, Objection to Exemptions, was served upon the following electronically or by first class mail, postage prepaid:

Mr. Sean C. Paul
Attorney at Law
The Law Offices of Sean C. Paul
8917 Gravois Road
St. Louis, MO  63123

U. S. Trustee
Becker Bldg., Rm. 1100
401 Main St.
Peoria, IL  61602

/s/ Tara Schaefer_____