| Fill in this information to identify your case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Arthur** | **E.** | **Rickard** | |
| | First Name | Middle Name | Last Name | |
| Debtor 2 | **Lila** | **J.** | **Rickard** | |
| (Spouse, if filing) | First Name | Middle Name | Last Name | |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF ILLINOIS** | | | |
| Case number (if known) | **16-31221** | | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1: Identify the Property You Claim as Exempt

1. Which set of exemptions are you claiming? *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Real Estate: 5414 Butler Hill Estates Dr, St Louis MO 63128**<br>**debtors are surrendering**<br>Line from *Schedule A/B*: __1.1__ | $195,000.00 | ☑ $15,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.475 |
| Brief description:<br>**2005 Dodge Dakota (approx. 103000 miles)**<br>**2005 Dodge Dakota Sport (103,000 miles)**<br>Line from *Schedule A/B*: __3.1__ | $8,600.00 | ☑ $3,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(5) |

3. Are you claiming a homestead exemption of more than $155,675?
   (Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Official Form 106C    Schedule C: The Property You Claim as Exempt    page 1

Debtor 1  **Arthur**         **E.**            **Rickard**              Case number (if known)  __16-31221__
          First Name         Middle Name       Last Name

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Used household goods and furnishings**<br>Line from *Schedule A/B*: __6__ | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(1) |
| Brief description:<br>**Television, computer, cell phones**<br>Line from *Schedule A/B*: __7__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(1) |
| Brief description:<br>**Books, pictures, cds/dvds**<br>Line from *Schedule A/B*: __8__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(1) |
| Brief description:<br>**bowling ball, fishing poles, baseball bats**<br>Line from *Schedule A/B*: __9__ | $50.00 | ☑ $50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(1) |
| Brief description:<br>**Personal used clothing**<br>Line from *Schedule A/B*: __11__ | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(1) |
| Brief description:<br>**Costume jewelry, wedding band(s)**<br>**(1st exemption claimed for this asset)**<br>Line from *Schedule A/B*: __12__ | $2,000.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(2) |
| Brief description:<br>**Costume jewelry, wedding band(s)**<br>**(2nd exemption claimed for this asset)**<br>Line from *Schedule A/B*: __12__ | $2,000.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(2) |
| Brief description:<br>**Checking Account at US Bank**<br>Line from *Schedule A/B*: __17.1__ | $1,400.00 | ☑ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(3) |
| Brief description:<br>**Savings Account at US Bank**<br>Line from *Schedule A/B*: __17.2__ | $1.00 | ☑ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(3) |

| Debtor 1 | **Arthur** | **E.** | **Rickard** | Case number (if known) | **16-31221** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**457 Retirement Plan**<br>Line from *Schedule A/B*: __21__ | $8,700.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |
| Brief description:<br>**403b**<br>Line from *Schedule A/B*: __21__ | $4,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(10)(f) |
| Brief description:<br>**401k**<br>Line from *Schedule A/B*: __21__ | $20,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Mo. Rev. Stat. § 513.430.1(10)(f) |
| Brief description:<br>**457 Retirement Plan**<br>Line from *Schedule A/B*: __21__ | $90,000.00 | ☐ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(C) |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Arthur** | **E.** | **Rickard** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Lila** | **J.** | **Rickard** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF ILLINOIS**

Case number **16-31221**
(if known)

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ Arthur E. Rickard**
Arthur E. Rickard, Debtor 1

Date **11/22/2016**
MM / DD / YYYY

X **/s/ Lila J. Rickard**
Lila J. Rickard, Debtor 2

Date **11/22/2016**
MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: ) | |
|     Arthur E. Rickard ) | Case No. 16-31221 |
|     Lila J. Rickard ) | Chapter 7 |
| Debtor(s) ) | |
| ) | Judge Laura K. Grandy |
| ) | |
| ) | |

**NOTICE OF FILING**

    PLEASE TAKE NOTICE that on November 22, 2016, the attached Amended Schedule C, exempting debtor's "457 Retirement Plan", was filed with the U.S. Bankruptcy Court for the Southern District of Illinois in East St. Louis, IL.

/s/ Sean C. Paul
Sean C. Paul
8917 Gravois Rd.
St. Louis, MO  63123
(314) 827-4027
Fax (314) 222-0619
scp@pklawonline.com

**CERTIFICATE OF SERVICE**

    I, Sean C. Paul, do hereby certify that I served a copy of this Notice along with the attached Amended Schedule C, upon the parties listed on the service list, by causing the same to be mailed in a properly addressed envelope, postage prepaid, on or before the 5:30 p.m., on November 22, 2016.

                                    /s/ Sean C. Paul
                                    Sean C. Paul

Office of the U.S. Trustee
Becker Building, Room 1100
401 Main Street
Peoria, IL 61602


Donald Samson
226 West Main Street, Suite 102
Belleville IL 62220